Docket No. 12-56909

*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

═══════════════════

CHARLES L. RUCKER, ET AL.

*Plaintiff-Appellee,*

*vs.*

WELLS FARGO BANK, N.A., *etc.*, *et al.*,

*Defendant-Appellant.*

═══════════════════

APPEAL FROM FINAL ORDER AND ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:13-CV-00149-ODW-E
HON. OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

═══════════════════

**DEFENDANT-APPELLANT WELLS FARGO BANK, N.A.'S
MOTION TO STAY AND SUSPEND BRIEFING PENDING THE COURT'S
DECISION IN *ROUSE v. WACHOVIA MORTGAGE*, 9TH CIR. NO. 12-55278**

═══════════════════

Robert Collings Little, California State Bar No. 182396
Robert A. Bailey, California State Bar No. 214688
ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
(626) 535-1900 | F: (626) 577-7764 | rlittle@afrct.com

*Attorneys for Defendant and Appellant*
WELLS FARGO BANK, N.A.,
successor to by merger with Wells Fargo Bank Southwest, N.A.,
formerly known as Wachovia Mortgage, FSB,
formerly known as World Savings Bank, FSB

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, and in accordance with this Court's broad case management powers, including the power to control its own docket and conserve judicial resources, Defendant and Appellant WELLS FARGO BANK, N.A., successor  by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (Wells Fargo) respectfully moves the Court to stay and suspend briefing in this appeal (hereafter the Rucker Appeal) and hold the appeal in abeyance pending its decision in *Rouse v. Wachovia Mortgage, FSB, etc.*, 9th Cir. Docket No. 12-55278 (the Rouse Appeal).[1] The Rouse Appeal was deemed submitted on November 5, 2013 and a decision is expected imminently.

The briefing in three other appeals before this Court all involve the same citizenship issue raised here and addressed in the Rouse Appeal.  These include one entitled *Wyrauch v. Wells Fargo Bank, N.A., etc.*, 9th Cir. Case No. 12-55465 (the Wyrauch Appeal), another entitled *Kho v. Wells Fargo & Co. etc.*, 9th Cir. Case No. 12-56858 (the Kho Appeal), and a third entitled *Santos v. Wells Fargo Bank, NA, etc.*, 9th Cir. Case No. 13-55254 (the Santos Appeal).  Each of these

---

[1]    FED. R. APP. P. 27; 9TH CIR. R. 27-1; *see*, *e.g.*, *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. North Am. Co.*, 299 U.S. 248, 256 (1936); *United States v. Radosh*, 490 F.3d 682, 686 (8th Cir. 2007); GOELZ & WATTS, FEDERAL 9TH CIR. CIV. APPELLATE PRACTICE, ¶¶ 6:137–6:138.1 (Rutter Group 2013).

three other appeals has been similarly suspended pending the Court's decision in
*Rouse*. The Wyrauch Appeal was suspended by order of the Ninth Circuit
Mediator.[2] The Kho Appeal[3] and Santos Appeal[4] were stayed by order of the
Court in response to a substantially similar Motion to Stay and Suspend Briefing as
the instant motion.

The Rouse Appeal, the Wyrauch Appeal, the Santos Appeal, the Kho Appeal
and this Rucker Appeal all present the same issue for review by this Court. They
present the same purely legal question: whether, pursuant to 28 U.S.C. § 1348, a
national bank is "located" in, and thus a citizen of, only the state in which its main
office (as designated in its articles of association) is located, or whether it is also a

---

[2]   "The briefing schedule previously set by the court is vacated. [¶] Within 10
days of this court's decision in <u>Rouse v. Wachovia Mortgage</u>, 12-55278, counsel
shall contact the undersigned via e-mail[.]" *Wyrauch*, No. 12-55465, Dkt. No. 11
(9th Cir. Aug. 17, 2012). A true and correct copy of the Circuit Mediator's order is
attached hereto as Exhibit A. (Bailey Decl. ¶2.)

[3] "Appellee's motion to stay appellate proceedings pending this Court's
disposition of *Rouse v. Wachovia Mortgage*, appeal no. 12-55278, is granted in
part. This case is stayed until February 3, 2014. On or before the expiration of the
stay, appellee shall file the answering brief or file an appropriate motion addressing
the status of the case and requesting continuance of the stay or other relief." *Kho,*
No. 12-56858, Dkt. No. 36 (9th Cir. Dec. 12, 2013). A true and correct copy of
Court's December 12, 2013 Order is attached as Exhibit B. (Bailey Decl. ¶3).

[4] "Appellant's motion to stay appellate proceedings pending this court's disposition
of Rouse v. Wachovia Mortgage, FSB, etc., no. 12-55278, is granted. This case is
stayed until December 13, 2013." *Santos*, No. 13-55254, Dkt. No. 7 (9th Cir. Jul.
26, 2013). A true and correct copy of Court's December 12, 2013 Order is
attached as Exhibit C. (Bailey Decl. ¶4).

citizen of the state where it has its principal place of business. Wells Fargo

maintains that it is a citizen only of South Dakota, the state in which its main

office, as designated in its articles of association, is located. *Schmidt v. Wachovia*

*Bank, NA*, 546 U.S. 303 (2006); *Wells Fargo Bank, N.A. v. WMR e-PIN, LLC*, 653

F.3d 702 (8th Cir. 2011); *see also McKenna v. Wells Fargo Bank, N.A.*, 693 F.3d

207 (1st Cir. 2012). The Rouse Appeal will be the first of the pending Appeals to

decide that issue.

The Rouse Appeal is fully briefed. (*Rouse*, *supra*, No. 12-55278, Dkt.

Nos. 13–16 (9th Cir. Sept. 17–20, 2012).) Appellees did not submit any briefing in

response to the Court's Rule 31(c) letter issued in early December 2012. FED. R.

APP. P. 31(c); 9TH CIR. R. 31-2.3. (*Rouse*, *supra*, No. 12-55278, Dkt. No. 17 (9th

Cir. Dec. 5, 2012).) Thus, an optional reply brief was not filed by Wells Fargo.

The matter submitted on the briefs on November 5, 2013.

Because the Rouse Appeal, the Wyrauch Appeal, the Kho Appeal, the

Santos Appeal and this Rucker Appeal all present the same issue for review, Wells

Fargo respectfully submits that an order staying and suspending the briefing in this

Appeal pending the Court's decision in *Rouse* will conserve the resources of the

Court and serve the salutary purposes of both judicial economy and economy to the

parties. The order requested by Wells Fargo accords with the procedural posture

of the Wyrauch, Kho, and Santos Appeals, all of which were stayed.

-3-

Appellant does not oppose this motion.  (Bailey Decl. ¶ 5.)  And, no party would be prejudiced by the requested relief.

In the absence of the requested relief, Wells Fargo would be required to needlessly expend resources briefing an issue to be resolved by the Court's decision in the Rouse Appeal.  GOELZ & WATTS, *supra*, ¶¶ 6:137–6:138.1 (a party wishing to postpone or delay proceedings before the Ninth Circuit can file a motion for stay).

To manage their dockets and conserve judicial resources, courts routinely stay or hold cases in abeyance, particularly where a stay pending resolution of an issue may resolve the question at issue in other related cases.  See, *e.g.*, *Clinton*, *supra*, 520 U.S. at 706 (court "has broad discretion to stay proceedings as an incident to its power to control its own docket"), citing *Landis*, *supra*, 299 U.S. at 256 (when a decision in a related case likely "will settle many and simplify them all," a stay "within the bounds of moderation" is proper); *Radosh*, *supra*, 490 F.3d at 686 (resolving subsequent appeal, and dismissing as moot an earlier appeal held in abeyance).

Here, the identical issue presented in the appeals and their current status counsel in favor of granting this motion and staying and suspending briefing

pending the Court's decision in the Rouse Appeal.  Therefore, Wells Fargo

respectfully requests the Court grant this motion.

<div style="margin-left: 40%;">

Respectfully submitted,

</div>

Dated:  December 13, 2013      A<small>NGLIN</small> F<small>LEWELLING</small> R<small>ASMUSSEN</small>
                                  C<small>AMPBELL</small> & T<small>RYTTEN</small> LLP

<div style="margin-left: 40%;">

By:     s/ *Robert A. Bailey*               
      Robert A. Bailey
*Attorneys for Defendant and Appellant*
WELLS FARGO BANK, N.A.,
successor to by merger with
Wells Fargo Bank Southwest, N.A.,
formerly known as Wachovia Mortgage, FSB,
formerly known as World Savings Bank, FSB

</div>

## DECLARATION OF ROBERT A. BAILEY

I, Robert A. Bailey, declare:

1.      I am an attorney at law duly licensed and admitted to practice before all state and federal courts in the State of California.  I am admitted to practice before the Ninth Circuit Court of Appeals.  I am one of the attorneys primarily responsible for representing in this appeal Defendant and Appellant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (Wells Fargo).  As such, I have personal knowledge of the matters stated herein and if called to testify would do so thereto under oath.  I make this declaration in support of Defendant-Appellant Wells Fargo Bank, N.A.'s Motion to Stay and Suspend Briefing Pending the Court's Decision in *Rouse v. Wachovia Mortgage*, 9th Cir. No. 12-55278, which was taken under submission on November 5, 2013.

2.      Attached as Exhibit A is a true and correct copy of Circuit Mediator's August 17, 2012 order in *Wyrauch v. Wells Fargo Bank, N.A.*, etc., 9th Cir. Case No. 12-55465, entered on the Court's docket as item Number 11.

-6-

3.     Attached as Exhibit B is a true and correct copy of this Court's December 12, 2013 order in *Kho v. Wells Fargo & Co., etc.,* 9th Cir. Case No. 12-56858, entered on the Court's docket as item Number 36.

4.     Attached as Exhibit C is a true and correct copy of this Court's July 26, 2013 order in Santos *v. Wells Fargo Bank, N.A., etc.,* 9th Cir. Case No. 13-55254, entered on the Court's docket as item Number 7.

5.     On December 12, 2013, at 3:55 p.m. I spoke with Appellant's counsel by telephone regarding this motion.  Mr. Klein indicated he could not presently stipulate to the motion, but would not object to it either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and that this declaration is executed on this 13th day of December 2013, at Pasadena, in the County of Los Angeles, State of California.

        *s/ Robert A. Bailey*
        Robert A. Bailey

EXHIBIT A

# FILED

AUG 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN WYRAUCH and NANCY JANE MANNFOLK, | No. 12-55465 |
| Plaintiffs - Appellees, | D.C. No. 2:11-cv-10705-SJO-VBK |
| v. | Central District of California, Los Angeles |
| WELLS FARGO BANK, NA, as successor by merger with Wells Fargo Bank Southwest NA, FKA Wachovia Mortgage, FSB, FKA World Savings Bank, FSB, (Wells Fargo), | ORDER |
| Defendant - Appellant, | |
| and | |
| THE BANK OF NEW YORK MELLON, a Delaware Corporation; et al., | |
| Defendants. | |

SL/Mediation

The briefing schedule previously set by the court is vacated.

Within 10 days of this court's decision in <u>Rouse v. Wachovia Mortgage</u>, 12-55278, counsel shall contact the undersigned via e-mail (stephen_liacouras@ca9.uscourts.gov).

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation

# EXHIBIT B

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 12 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD KHO,<br><br>                Plaintiff - Appellant,<br><br>   v.<br><br>WELLS FARGO & COMPANY,<br><br>                Defendant - Appellee. | No. 12-56858<br><br>D.C. No. 8:12-cv-00847-DOC-AGR<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Appellee's motion to stay appellate proceedings pending this Court's disposition of *Rouse v. Wachovia Mortgage*, appeal no. 12-55278, is granted in part. This case is stayed until February 3, 2014. On or before the expiration of the stay, appellee shall file the answering brief or file an appropriate motion addressing the status of the case and requesting continuance of the stay or other relief. If appellee files the answering brief, the reply brief is due 14 days after service of the answering brief. The filing of the answering brief or failure to file a motion shall terminate the stay.

For the Court:
MOLLY C. DWYER
Clerk of the Court


Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27 10

AmtV/Pro Mo 10Dec2013

EXHIBIT C

**FILED**

UNITED STATES COURT OF APPEALS

JUL 26 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARILYN G. SANTOS, an individual, | No. 13-55254 |
| Plaintiff - Appellee, | D.C. No. 2:13-cv-00149-ODW-E |
| v. | Central District of California, Los Angeles |
| WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., FKA Wachovia Mortgage FSB, World Savings Bank FSB, sued as Wells Fargo Bank NA successor in interest to World Savings Bank FSB, | ORDER |
| Defendant - Appellant. | |

Appellant's motion to stay appellate proceedings pending this court's

disposition of *Rouse v. Wachovia Mortgage, FSB, etc.*, no. 12-55278, is granted.

This case is stayed until December 13, 2013.

On or before the expiration of the stay, appellant shall file opening brief or

file a motion seeking appropriate relief.

If the opening brief is filed, the answering brief will be due January 13,

13-55254


2014, and the optional reply brief will be due 14 days after service of the

answering brief.


For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
       Ninth Circuit Rule 27-7/Advisory Note
       to Rule 27 and Ninth Circuit Rule 27-10


22JULY2013/LBS/Pro Mo                                    13-55254

## CERTIFICATE OF SERVICE

(FED. R. APP. P. 25; 9TH CIR. R. 25-5(f))

I hereby certify that I electronically filed the following documents with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 13, 2013:

**DEFENDANT-APPELLANT WELLS FARGO BANK, N.A.'S MOTION TO STAY AND SUSPEND BRIEFING PENDING THE COURT'S DECISION IN *ROUSE v. WACHOVIA MORTGAGE*, 9TH CIR. NO. 12-55278**

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Douglas E. Klein, Esq.
Law Offices of Douglas E. Klein
3219 Overland Avenue, Suite No. 8189
Los Angeles, CA  90034
Tel:  (310) 836-0678 | Fax:  (310) 838-2695
Email:  dek36@hotmail.com

Attorneys for Appellants, Charles L. Rucker and Judith L. Rucker

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, in the County of Los Angeles, State of California.

Dated:  December 13, 2013

*s/  Maureen Courtney*
Maureen Courtney